7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Deborah Kay Green
*Debtor*

*Bankruptcy Case No.*
14−60836−abf7

**Fred Charles Moon**
    Plaintiff(s)

*Adversary Case No.*
15−06034−abf

v.

**Billy Gene Hodge, Jr.**
**Deborah Kay Green**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That pursuant to 11 U.S.C. Section 550, Chapter 7 Trustee, Fred Charles Moon, or his duly appointed successor Chapter 7 Trustee, if any, be and is hereby awarded a judgment against Co−Defendant, Billy Gene Hodge Jr., as the initial transferee, for the value of Debtors equity in the real estate consisting of .37 acres and a 1971 Hillcrest Mfg. Home, VIN #HK1030E, at 104 South High Street, Urbana, Dallas County, Missouri, in the sum of $7,000.00 and for which judgment
execution may issue without further notice or hearing.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 10/7/15

Court to serve